**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Kristopher M. STOREY, Defendant-**
**Appellant.**

**No. 16-17744**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(August 22, 2017)

Peter J. Sholl, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Karen L. Gable, U.S. Attorney's Office, Orlando, FL, for Plaintiff-Appellee

Alisha Marie Scott, Rosemary Cakmis, Donna Lee Elm, Angela Parrott, James T. Skuthan, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Kristopher M. Storey, Pro Se

Before JORDAN, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Kristopher Storey in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the judgment revoking Storey's supervised release and his resulting sentence are **AFFIRMED**.